E-FILED
Tuesday, 04 December, 2018 11:50:08 AM
Clerk, U.S. District Court, ILCD

U.S. District Court Central District of Illinois

Steven D Lisle JR #R40159 ) NO. 18-cv-01210
    vs    Plaintiff ) Judge JES
Susan Prentice ) Jury Trial Requested
    Defendant )

## 2nd Amended Complaint

### I. Jurisdiction; Venue

This is a civil action authorized by 42 U.S.C. section 1983 to redress the deprivation under color of state law of rights secured by the constitution of the united states. The Court has Jurisdiction under 28 U.S.C. section 1331 and 1343 (a)(3) Plaintiff seeks declaratory relief pursuant to 28 USC section 2201 and 2202 Plaintiffs Claims for Injunctive Relief are authorized by 28 U.S.C Section 2283 & 2284 And Rule 65 of the federal Rule of civil procedure the Central district is an appropriate venue under 28 USC Section 1391 (b)(2) Because it is where the events going rise to this claim occured

### II. Plaintiff

Plaintiff Steven D Lisle JR is and was at all times mentioned here in a prisoner of the state of Illinois in the custody of Illinois Department of Correction Center In menard Illinois:

### Defendants

Susan Prentice - Major) Jackson - officer) Miller - Sergeant) P. Smith - officer) Bryan - officer) Evans - Luitenet) Fox - nurse) Tracy Nodine - Sergeant) D. Finn - officer) Shetia Molinero - mental Health) Zimmerman - Luitenet)

Address: Po Box 99 Pontiac IL 61764 Each Defendant stated above is sued individually and in his or her official capacity at all times mentioned in this complaint each defendant acted under the color of state law

### III. Litigation History

Previous lawsuits Involving State or Federal Dealing with Facts Involved in this complaint ☑ NO

1. Other Federal lawsuits ☑ Yes 1. No 18cv1736 Lisle v Goldman 8th amend Deliberate indifference Pending
2. No 18cv 2052 Lisle v Goldman 8th Amend Inhumane conditions Pending
3. No 15cv 965 Lisle v Butler 8th amend Deliberate indifference Pending

4  No 16cv421 Lisle v Butler 8th amend Excessive force pending
5  No 16cv422 Lisle v Butler 8th amend Deliberate Indifference pending
6  No 17cv1488 Lisle v Baldwin 8th amend Long term Confinement pending
7  No 17cv1158 Lisle v Baldwin 8th amend Deliberate Indifference pending
8  No 18cv Lisle v Renzi 1st Amend Retaliation pending
9  No 18cv1176 Lisle v Fox 8th amend Deliberate Indifference pending
10 No 18cv1171 Lisle v Davis 8th amend Excessive force pending
11 No 18cv 1103 Lisle v Dillion 8th amend excessive force pending
12 No 17cv 1577 Lisle v Smith 8th Amend excessive force pending
13 No 17cv 1354 Lisle v Hadsall 8th amend Inhumane conditions pending
14 No 17cv 1327 Lisle v Prentice 8th amend Failure to protect pending
15 No 17cv 1507 Lisle v Prentice 1st Amend Retaliation pending
16 No 18cv 1210 Lisle v Prentice 8th amend sexual assault pending
17 No 16cv 4212 Lisle v Minsky 8th amend sexual Assault pending
18 No 17cv 1335 Lisle v Fike 8th amend excessive force pending
19 No 17cv 1336 Lisle v Melvin 8th amend excessive force pending
20 No 17cv 1530 Lisle v Ruskin 8th amend excessive force pending
21 No 18cv 1253 Lisle v Prentice 8th amend Failure to Protect pending
22 No 18cv 1395 Lisle v Prentice 8th amend sexual Harrassing pending
23 No 18cv 1396 Lisle v Prentice 8th amend excessive force pending

IV                Facts

Eighth Amendment - Excessive Force - Claim - Count 1

Defendant (Jackson) Is A Correctional Officer At The Pontiac Institution. One of Jackson Many Duties Is To Maintain Functionally "Safety" And "Security" For Officers And Inmates At The Pontiac Correctional Center.

On 4/30/2018 Around 9:00 AM In The North Cell Housing Unit 7# Gallery Shower Defendant Jackson Used Excessive Force By Snatching Plaintiff Hand Cuff's Then Slamming Plaintiff Back Into The Bars of The Shower Door. Jackson Further Used Excessive Force By Grabbing Plaintiff Buttock Causing Immediate Tearing And Bleeding. Jackson Actions Made Him Liable And Violated Plaintiff Eighth Amendment Cruel And Unusual Punishment of The U.S.Co

### Eighth Amendment - Inciting Attack - Claim Count 2

A. Defendant (Bryan) Is A Correctional Officer At The Pontiac Institution. One of Bryan Many Duties Is To Maintain Functionally "Safety" And "Security" For Officers And Inmates At The Pontiac Correctional Center. On 4/30/2018 Around 9:00 AM In The North Cell Housing Unit 7# Gallery Shower Defendant Bryan Begun To Sexual Harrass And Humiliate Plaintiff By Stating Plaintiff Had Nice Testicles To Officers Smith & Jackson Defendant Bryan Sexual Harrassment & Inappropriate Behavior "Incourage" And Incited Officer Jackson To Sexually Harrass & Humiliate Plaintiff Making A Comment That Plaintiff Had A Fat Anus. Afterwards Jackson Further Acted Out On His Comment By Sexually Assualting Plaintiff As Stated Above In Count 1 This Made Bryan Liable For Sexually Harrassing And Inciting Jackson To Sexually Asualt Plaintiff. Bryan Actions Violated Plaintiff Eighth Amendment Cruel & Unusual Punishment of The U.S.C.

B. Defendant (P. Smith) Is A Correctional Officer At The Pontiac Institution. One Of Smith Many Duties Is To Maintain Functionally "Safety" And "Security" For Officers And Inmates At

@3


The Pontiac Correctional Center. On 4/30/18 Around 9:00 Am In The North Cell Housing unit 7# Gallery shower Defendant Smith Begun To sexually Harrass And Humiliate Plaintiff By stating Plaintiff Had A Nice Penis To Officer Jackson Defendant Smith Sexual Harrassment & Inappropriate Behavior "Incourage" And Incited Officer Jackson To Sexually Harrass & Humiliate Plaintiff Making A Comment That Plaintiff Had A Fat Anus Afterwards Jackson Further Acted Out On His Comment By Sexually Assualting Plaintiff As Stated In Count 1 This made Smith Liable For Sexually Harrassing And Inciting Jackson To Sexually Assualt Plaintiff Smith Actions Violated Plaintiff Eighth Amendment Cruel & Unusual punishment of The U.S.C.

Eighth Amendment- Cruel And Unusual Punishment- Claim Count 3

A.

B. Defendant Major (Suan Prentice) IS A Major At The Pontiac Institution One of Her Many Duties IS To Provide A Functionally Observation of The Conduct Of Officers And Inmates At The Pontiac Correctional Center. On 5/1/2018 In The North Cell Housing Unit Around 8:30 Am Plaintiff Advised Prentice That He Required Medical Attention Do To Officer Jackson Sexually Assualting Him On 4/30/2018 As Stated In Count 1 Prentice Then Removed Plaintiff From His 7# Gallery Cell To The 1st Gallery Holding Tank By Her Office Prentice Stated Plaintiff Would Receive Medical Attention. Prentice left Plaintiff In The Holding Tank From 8:30 Am untill 2:00 Pm Shackled By His Feet And Hand Cuff Behind His Back Confined To A Bench Which Caused Plaintiff Legs To Lock And Back Pain & His Entire Body Plaintiff Was In Constant Pain For About 14# Days Do To Being Confined In The Position He was In For 5# In A Half Hours Prentice Never Provided Plaintiff With Medical Attention. The Acts of Prentice Made Her Liable And Violated Plaintiff Eighth Amendment Cruel & Unusual Punishment of The U.S.C.

#4

B. Defendant (Lou Evans) Is A Luitenet At The Pontiac Institution One Of His Many Duties Is To Provide A Functionally Observation of The Conduct of officers And Inmates At The Pontiac Correctional Center On 5/1/2018 In The North Cell Housing Unit Around 8:30 Am Plaintiff Advised Evans That He Required Medical Attention Do To Officer Jackson Sexually Assualting Him On 4/30/2018 As Stated In Count 1 Evans Then Removed Plaintiff From His 7# Gallery Cell Accompanied With Defendant Prentice To The 1st Gallery Holding Tank By His & Prentice Office Evans Stated He Would Provide Plaintiff With Medical Attention. Evans left Plaintiff In The Holding Tank From 8:30 Am untill 2:00 Pm Shackled By His Feet And Hand Cuff Behind His Back Confined To A Bench Which Caused Plaintiff Legs To Lock And Back Pain & His Entire Body Plaintiff Was In Constant Pain For About 14# Days Do To Being Confined In The Position He Was In For 5# In A Half Hours Evans Never Provided Plaintiff With Medical Attention. The Acts of Plaintiff Made Him Liable And Violated Plaintiff Eighth Amendment Cruel & Unusual Punishment Of The U.S.C

## Eighth Amendment - Deliberate Indifference - Claim Count 4

A. Defendant Major (Susan Prentice) Is A Major At The Pontiac Institution. One Of Her Many Duties To Over See The Safety Of Inmates At The Pontiac Correctional Center After Being Sexually Assualted By Officer Jackson See Count 1 On 5/1/2018 Plaintiff Advised Prentice That He Was Sexually Assualted on 4/30/2018 By Officer Jackson And That He Required Medical Attention At 8:30 Am While In His 7# Gallery Cell In The North Housing Unit. Prentice Then Refused To Provide Plaintiff With Medical Attention Which Her Conduct Made Her Liable And Violated Plaintiff Eighth Amendment Cruel & unusual Punishment Deliberate Indifference To Serious Medical Needs Of The U.S.C.

5

B. Defendant (Jackson) Is A Correctional Officer At The Pontiac Institution. One of His Many Duties Is To Oversee The Safety of Inmates. At The Pontiac Correctional Center. After Jackson Sexually Assualted Plaintiff See Count 1 On 4/30/2018 Plaintiff Was In The North Housing Unit 7# Gallery Shower Around 9:00 AM After Being Sexually Assualted By Jackson Plaintiff Advised Jackson That He Required Medical Attention Do To His Back Hurting And His Buttock Tearing And Feeling A Burning Sensation Jackson Then Refused Plaintiff Medical Attention His Acts Made Him Liable And Violated Plaintiff Eighth Amendment Cruel & Unusual Punishment Deliberate Indifference To Serious Medical Needs of The U.S.C.

C. Defendant (Bryan) Is A Correctional Officer At The Pontiac Institution. One of His Many Duties Is To Oversee The Safety of Inmates. At The Pontiac Correctional Center. After Jackson Sexually Assualted Plaintiff See Count 1 On 4/30/18 Plaintiff Was In The North Housing Unit 7# Gallery Shower Around 9:00 Am After Being Sexually Assualted By Jackson Plaintiff Advised Bryan That He Required Medical Attention Do To His Back Hurting And His Buttock Tearing And Feeling A Burning Sensation Due To Being Sexually Assualted By Jackson Bryan Then Refused Plaintiff Medical Attention His Acts Made Him Liable And Violated Plaintiff Eighth Amendment Cruel & Unusual Punishment Deliberate Indifference To Serious Medical Needs of The U.S.C.

D. Defendant (P. Smith) Is A Correctional Officer At The Pontiac Institution. One of His Many Duties Is To Oversee The Safety of Inmates. At The Pontiac Correctional Center. After Jackson Sexually Assualted Plaintiff See Count 1 On 4/30/2018 Plaintiff Was In The North Housing Unit 7# Gallery Shower Around 9:00 Am After Being Sexually Assualted By Jackson Plaintiff Advised Smith That He Required Medical Attention Do To His Back Hurting

6

G) Defendant (Nurse Fox) Is A Nurse At The Pontiac Institution. One of Her many Duties Is To Provide Inmates medical Attention AT The Pontiac Correctional Center. After Being Sexually Assualted By officer Jackson See Count 1 on 4/30/2018 Around 11:00 Am Fox Came To The North Housing Unit 7# Gallery Cell Front Where Plaintiff Resides In His Living Area To Bring Plaintiff His Psychotropic Medication For Plaintiff Mental Illness. After Receiving His Medication Plaintiff "Advised" Fox Who Was Being Escorted Through The North cell Housing Unit By Officer D. Finn. That He Required Medical Attention Do To His Back Hurting And His Buttock Tearing And Feeling A Burnning Sensation Do To Being Sexually Assualted By Jackson Plaintiff Further Advised Fox That His Buttock Was Bleeding And He Had Blood In His Boxer Underwear. Fox Then Refused Plaintiff Medical Attention Her Acts Made Her Liable And Violated Plaintiff Eighth Amendment Cruel And Unusual Punishment Deliberate Indifference To Serious Medical Needs Of The U.S.C.

H) Defendant (D. Finn) Is A Correctional Officer At The Pontiac Institution. One of His many Duties Is To Over see The Safety of Inmates At The Pontiac Correctional Center. After Being Sexually Assualted By officer Jackson See Count 1 On 4/30/2018 Around 11:00 Am Finn Came To The North Housing Unit 7# Gallery Cell Front Where Plaintiff Resides In His Living Area Escorting Nurse Fox After Plaintiff Received His Medication From Fox He Then Advised Finn Who At The Time Was Also Plaintiff 7# Gallery North Housing unit Officer To Provide Him With Medical Attention Do To His Back Hurting And His Buttock Tearing And Feeling A Burnning Sensation Do To Being Sexually Asualted By officer Jackson Finn Then Refused Plaintiff Medical Attention His Acts Made Him Liable And Violated Plaintiff Eighth Amendment Cruel & unusual Punishment Deliberate Indifference To Serious Medical Needs Of The U.S.C.

8

And His Buttock Tearing And Feeling A Burning Sensation Do To Being Sexually Assualted By Officer Jackson Smith Then Refused Plaintiff Medical Attention His Acts Made Him Liable And Violated Plaintiff Eighth Amendment Cruel & Unusual Punishment Deliberate Indifference To Serious Medical Needs Of The U.S.C.

E. Defendant Sergeant (Miller) Is A Sergeant At The Pontiac Institution. One Of His Many Duties Is To Over See The Safety Of Inmates At The Pontiac Correctional Center After Being Sexually Assualted By Officer Jackson See Count 1 On 4/30/2018 Plaintiff Was Being Escorted From The 7# Gallery Shower In The North Housing Unit To His Mental Health Program Around 9:10 Am He Then Walk Pass Miller On The 7# Gallery (Walk) Plaintiff Then Advised Miller That He Requested Medical Attention Do To His Back Hurting And His Buttock Tearing And Feeling A Burning Sensation Do To Being Sexually Assualted By Officer Jackson Miller Then Refused Plaintiff Medical Attention His Acts Made Him Liable And Violated Plaintiff Eighth Amendment Cruel And Unusual Punishment Deliberate Indifference To Serious Medical Needs Of The U.S.C.

F. Defendan Luitenet (Zimmerman) Is A Luitenet At The Pontiac Institution. One Of His Many Duties Is To Over See The Safety Of Inmates At The Pontiac Correctional Center After Being Sexually Assualted By Officer Jackson See Count 1 On 4/30/2018 Plaintiff Attended His Mental Health Program After Being Escorted By Officer Bryan Around 9:15 Am In The North Housing Chow Hall Around The 5# Gallery Area Plaintiff Advised Zimmerman That He Requested Medical Attention Do To His Back Hurting And His Buttock Tearing And Feeling A Burning Sensation Do To Being Sexually Assualted By Officer Jackson Zimmerman Then Refused Plaintiff Medical Attention His Acts Made Him Liable And Violated Plaintiff Eighth Amendment Cruel & Unusual Punishment Deliberate Indifference To Serious Medical Needs Of The U.S.C.

7

I. Defendant Luitenet (Evans) Is A Luitenet At The Pontiac Institution. One Of His Many Duties Is To Oversee The safety of Inmates At The Pontiac Correctional Center. After Being sexually Assualted By officer Jackson See Count 1 On 5/1/2018 Plaintiff Advised Evans That He Was Sexually Assualted On 4/30/2018 By Officer Jackson And That He Required Medical Attention At 8:30 AM While In His 7# Gallery Cell In The North Housing Unit. Evans Then Refused To Provide Plaintiff Medical Attention Which His Conduct Made Him Liable And Violated Plaintiff Eighth Amendment Cruel & unusual Punishment Deliberate Indifference To Serious Medical Needs of The U.S.C.

J. Defendant (Molinero) Is A Mental Health Personel At The Pontiac Institution One of Her Many Duties Is To Oversee The safety of Mentally Ill Inmates Plaintiff Who Is Mentally Ill Inmate At The Pontiac Correctional Center After Being sexually Assualted By officer Jackson See Count 1 On 4/30/2018 Plaintiff Attended The Mental Health Program That Molinero Over Saw Around 9:15 AM In The North Housing Unit Chow Hall 5# Gallery Area Plaintiff Advised Molinero That He Requested To File A Prea And Medical Attention Do To His Back Hurting And His Buttock Tearing And Feeling A Burning Sensation Do To Being sexually Assualted By Officer Jackson Molinero Then Refused Plaintiff Medical Attention Her Acts Made Her Liable And Violated Plaintiff Eighth Amendment Cruel & unusual Punishment Deliberate Indifference To serious Medical Needs of The U.S.C.

K. Defendant Sergeant (Nadine) Is A Sergeant At The Pontiac Institution. One of Her Many Duties Is oversee The Safety of Inmates At The Pontiac Correctional Center After Being sexual Assualted By officer Jackson See Count 1 On 5/2/2018 While On The North Housing Unit Recreation Yard Cage

9

Around 11:45 Am Plaintiff Advised Nodine That He Requested medical Attention Do To His Back Hurting And His Buttock Tearing And Feeling A Burning Sensation Do To Being Sexually Assualted By Officer Jackson Nodine Then Refused To Provide Plaintiff with medical Attention Her Acts made Her Liable And violated Plaintiff Eighth Amendment Cruel & unusual Punishment Deliberate Indifference To Serious medical Needs of The U.S.C

### First Amendment Retaliation Claim Count 5

Defendant Sergeant (Nodine) As A Sergeant At The Pontiac Institution. One of Her Many Duties Is To oversee The safety of Inmates On 5/2/18 After Plaintiff Informed Sergeant (Nodine) That A Officer Jackson Sexually Assualted Him See Count 1 While Plaintiff was On The North Housing Unit Recreation Yard Cage Instead of Nodine Providing Plaintiff with medical Atten See Count 4 Or Reporting The Allegations Plaintiff Made About Officer Jackson Sexually Assualting Him Nodine Retaliated Against Plaintiff By Writting A Fabricated Disciplinary Against Plaintiff In The Disciplinary Report. Nodine Stated That Plaintiff Threaten To Sexually Assualt Her. Plaintiff Had Attended The Adjustment Committee To Hear His Disciplinary Report That Nodine Retaliated And Wrote On Him. Which Plaintiff Charges Were Dismissed And Found To Be False. Plaintiff Became mentally & Emotional And Psychological Effected By Nodine False Allegation Stating Plaintiff Was Going To Sexually Assualt Her. Nodine Actions Made Her Liable And violated Plaintiff First Amendment Retaliation Rights of The U.S.C.

### V.    Exhaustion of Legal Remedies

Plaintiff Steven DLisle Jr Used The Prisoner Grievance Procedure Available At Pontiac Institution To Try And Solve The Problem On 5/3/2018 Plaintiff Filed An "Emergency" Grievance. C O A Denied Grievance On 5/7/2018 Plaintiff Appealed To The ARB

The ARB Responded Back On 5/16/18

## VI      Legal Claims

Plaintiff Reallege And Incorporate By Reference Paragraph 1-7 Deliberate Indifference, Excessive Force, Inciting Attack, Retaliation, Cruel & Unusual Punishment Violate Plaintiff Steven Dlisk Jr Rights And Constituted Violations Under The Eighth, & First Amendment Of The United States Constitution The Plaintiff Has No Plain Adequate Or Complete Remedy At Law To Redress The Wrongs Described Unless This Court Grants The Declaratory and Injunctive Relief Which Plaintiff Seeks

## VII      Prayer For Relief

Where Fore Plaintiff Respectfully Prays This Court Enter Judgment Granting Plaintiff A Declaration That The Acts And Omissions Described Here In violated Plaintiff Rights Under The Constitution And Laws of The United States A Preliminary And Permanent Injunction Ordering Defendants Named In Complaint To (1) order X ray machines in cell house for purpose of strip search And No longer Allow Male Officers To Perform Strip searches on Male Inmates Compensatory Damages 250,000$ Against Each Defendant, Jointly And Severally Punitive Damages 250,000$ Against Each Defendant A Jury Trial On All Issues Triable By Jury Plaintiff Cost In This Suit Any Additional Relief This Court Deems Just Proper And Equitable 11/18/18

### Verification

I have read the foregoing Complaint and here by verify that the matters alleged therein are true except as to matters alleged on information belief and as to those I believe Them to be true I certify under penalty of perjury that the foregoing is true and correct executed at Menard Illinois on 11/18/18

/s/ Steven
Steven Dlisk JR